■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES AVENT, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about April 25, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Friedman and Sweeny, JJ.

■ In the Matter of CHARLES F. HOSKINS, Appellant, v RAYMOND KELLY, as Commissioner of the New York City Police Department, et al., Respondents. [855 NYS2d 143]—

Judgment, Supreme Court, New York County (Kibbie F. Payne, J.), entered January 31, 2007, which denied the petition seeking to annul respondents' determination denying petitioner's application for a retired police officer pistol license and dismissed the proceeding, unanimously affirmed, without costs.

In light of petitioner's history of domestic violence, including an arrest and the issuance of orders of protection against him, as well as his failure to safeguard his firearm, which was in his car when the car was stolen, respondents' determination denying his application for a retired police officer pistol license was not arbitrary and capricious (*see Matter of Wong v Kelly*, 12 AD3d 213 [2004], *lv denied* 4 NY3d 708 [2005]). Indeed, the Nassau County Police Department repeatedly suspended petitioner's previous handgun license as a result of these incidents.

We have considered petitioner's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Friedman and Sweeny, JJ.